Hoyzveod, Judge.
 

 An heir cannot redeem without payment, of a specialty debat by the English law, because when he redeems-, he instantly1' has assets to satisfy the specialty debt, but I do not recollect any case to shew the executors are in the same situation ; they would, it is true, have assets upon redeeming, but those assets may be liable to debts of a superior nature to that of' the mortgage ; and the thing redeemed, though assets, might not be assets applicable to the satisfaction of the morgagees debt» We will delay giving an opinion for the piesent, but it may be-mentioned again to-morrow.
 

 The nest day Mr.
 
 Moore
 
 cited 1 P. W. 776, and some cases, from Powell on Contracts, and thereupon the court decreed a. redemption upon payment of the mortgage money, and of the hundred pounds with interest upon both sums»